IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at <u>Greenbelt</u>

Litigation Enforcement Group  \*
Assignee of Jane Ho
                                                                                       \*

               Plaintiff(s)  \*

vs.  \*   Case No.  <u>09-00737</u>

Donald Thomas Luther
18019 Barleycorn Way  \*   Chapter  <u>7</u>
Germantown, MD  20874
                    \*

               Defendant(s)
                                                   \*

### ANSWER OF GARNISHEE OF WAGES

The Garnishee in answer to the Continuing Wage Attachment, says:

1. _____  The Judgment Debtor/Employee <u>IS NOT</u> employed by this Garnishee.

2. ✓  The Judgment Debtor/Employee <u>IS</u> employed by this Garnishee.

       Rate of Pay  <u>2,250.23</u>
       Pay Period  <u>Bi-weekly</u>

3. _____  There are prior attachments/liens against this employee's wages, as follows:

| Name and Address of Court | Case No. | Plaintiff and Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

(Continue on separate sheet if needed)

4. _____  The Garnishee desires to contest the Attachment and does assert on behalf of the Judgment Debtor/Employee the following defense(s) (continue on separate sheet if needed):

                                                                                       _/s/ Donna L. Jaywiak_
                                                                                       Garnishee or Attorney

### CERTIFICATE OF SERVICE

       I hereby certify that I mailed (or ☐ served by _____) a copy of this answer to the following parties on this <u>20th</u> day of <u>March</u>, <u>2,014</u>.

Name:      <u>U.S. Bankruptcy Court for District of Md</u>      <u>Litigation Enforcement Group</u>
Address:   <u>6500 Cherrywood Lane Suite 300</u>          <u>P.O. Box 931292</u>
              <u>Greenbelt, MD  20770</u>                      <u>Norcross, GA  30003</u>
(Continue on separate sheet, if needed)

                                                                         Eat'n Park Hospitality Group, Inc.
                                                                         Garnishee

A copy of the Answer of Garnishee of Wages was mailed to:

Donald T. Luther
18019 Barleycorn Way
Germantown, MD  20874

GARNISHMENT INSTRUCTIONS                                      Page 4

## GARNISHEE REPORT PREFERENCES

Pursuant to Maryland law, we are required to submit monthly balance reports with regard to wage garnishments. In lieu of mailing said report, if a fax or emailed report is acceptable please provide the following:

Contact Person: __Donna Jozwiak__
  First and Last Name

Contact Number: __412-476-2487__
  Office

Contact Fax#: __412-464-3061__
  Fax

Contact Email: __djozwiak@eatnpark.com__
  Email

Acceptable Method  ✓ Fax  ___ Email  ___ Mail   (Please select one)

**PLEASE RETURN FORM WITH YOUR ANSWER**